IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-CV-641-D |
| S&B INDUSTRY, INC. d/b/a FOX CONN S&B, | § § § | |
| Defendant. | § | |

### ORDER

Pursuant to the *Order of Reference*, filed January 26, 2016, before the Court for determination is *Defendant's Motion to Compel Katelynn Baker's Counseling/Medical Authorization and Baker's and Tia Rice's Relevant EEOC Charge Files, Brief in Support Thereof and Request for Attorney's Fees*, filed January 25, 2016 (doc. 24).

An oral argument concerning the motion was conducted on February 23, 2016. All parties appeared through counsel. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion is **GRANTED in part and DENIED in part**.

1. The motion to compel the plaintiff to provide authorizations for her medical records is denied.

2. The motion to compel the plaintiff to provide authorizations for records of any counseling or psychological or psychiatric treatment that she received while she was in high school through the present is granted. The plaintiff's counsel shall provide executed releases to the defendant's counsel within 72 hours of counsel's receipt of the proposed authorization. Any records shall be produced subject to an agreed protective order, which the parties shall submit to the Court within 10 days of the date of this order.

3. The motion to compel production of the investigation file for the staffing agency in response to Requests for Production Nos. 24 and 26 is denied.

4. The motion to compel production of the investigation file for the staffing agency in response to Requests for Production No. 6 and Interrogatory No. 4 is granted. The file shall be produced within 10 days of the date of this order, subject to an agreed protective order.

5. The motion for attorney's fees is denied.

6. All relief not expressly awarded is denied.

**SO ORDERED** on this 23rd day of February, 2016.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE